**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RANDALL WRIGHT, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>  v.<br><br>SMART ERP SOLUTIONS, INC,<br><br>                  Defendant. | Case No. 4:25-cv-02588-HSG<br><br>**ORDER AS MODIFIED GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE, TO SET A SCHEDULE FOR THE FILING OF INTERIM LEAD COUNSEL APPLICATIONS, AND TO RELIEVE DEFENDANT FROM RESPONDING TO THE INITIAL COMPLAINTS** |

1

IT IS HEREBY ORDERED as follows:

1. The seven related data breach actions filed before this court "The Related Actions" (*Wright* (25-cv-02588), *Newson* (25-cv-02597), *Finley* (25-cv-02637), *Demmie* (25-cv-02639), Diaz (25-cv-02652), *Hines* (25-cv-02751), and *Aguilera* (25-cv-02877) are hereby CONSOLIDATED pursuant to Fed. R. Civ. P. 42(a) into Case No. 4:25-cv-02588 (the "Consolidated Action")

2. *Wright v. Smart ERP Solutions, Inc.*, Civil Action No. 4:25-cv-02588, shall be the "Lead Case" of the Consolidated Action. All documents filed in the Consolidated Action shall be filed under the Lead Case number and should be captioned *In re Smart ERP Solutions, Inc. Litigation*.

3. The Clerk of Court is directed to administratively close the *Newson*, *Finley, Demmie*, *Diaz*, *Hines*, and *Aguilera* actions.

4. If any party believes a case that is filed in, or transferred to, this District should be consolidated into this action, the party may file a Notice of Related Action pursuant to Northern District of California Local Rule 3.12. The Court will then determine if the case is related and should be consolidated.

5. Defendant is hereby relieved of responding to the initial complaints filed in the Related Actions.

6. Any applications for the appointment of Plaintiffs' Interim Lead Counsel pursuant to Fed. R. Civ. P. 23(g) will be due within 10 calendar days from the date on which this order is entered.

7. Plaintiffs' Interim Lead Counsel shall file a single consolidated complaint within 45 days after the Court appoints them as such. Within 10 days after the consolidated complaint is filed, the parties shall submit an agreed upon briefing schedule to the Court for motion to dismiss briefing or the filing of an answer to the consolidated complaint.

8. The initial case management conference scheduled for July 1, 2025, is hereby vacated and will be reset.

Dated: 5/20/2025

HON. HAYWOOD S. GILLIAM JR.
United States District Judge

2

**ORDER AS MODIFIED GRANTING MOTION TO CONSOLIDATE, SET SCHEDULE INTERIM LEAD COUNSEL APPLICATIONS, AND RELIEVE DEFENDANT FROM RESPONDING TO COMPLAINTS**