1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10  RANDALL WRIGHT, individually and on behalf of all others similarly situated,

Case No.: 4:25-cv-02588-HSG

11
                              Plaintiff,

**AGREED SCHEDULING ORDER**

12
13              vs.

14  SMART ERP SOLUTIONS, INC.,

15                              Defendant.

16
17

18          On August 28, 2025, *Plaintiffs* Ranfis Espinal Aguilera, Jason Demmie, Alfredo Diaz, Deborah

19  Finley, Marcus Hines, Stevie Newson, and Randall Wright (together, "Plaintiffs"), individually and

20  on behalf of all others similarly situated, filed their Consolidated Class Action Complaint against

21  *Defendant* Smart ERP Solutions, Inc. ("Defendant"). Pursuant to the Order as Modified Granting

22  Plaintiff's Motion to Consolidate [ECF 29], the parties have agreed that Defendant shall have until

23  October 13, 2025 to Answer or otherwise respond to the Consolidated Class Action Complaint.  If

24  Defendant files a Motion to Dismiss, Plaintiffs' Response shall be due 45 days after service of the

25  Motion, and Defendant's Reply shall be due 21 days after service of the Response.

26
27  Dated:    9/17/2025

28
                                                        HON. HAYWOOD S. GILLIAM, JR.
                                                        UNITED STATES DISTRICT JUDGE

36742921.5