Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:   213-680-2800
Facsimile:   213-614-7399

*Attorneys for Defendant*
SMART ERP SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| RANDALL WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMART ERP SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 4:25-cv-02588-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On August 28, 2025, Plaintiffs Ranfis Espinal Aguilera, Jason Demmie, Alfredo Diaz, Deborah Finley, Marcus Hines, Stevie Newson, and Randall Wright (together, "Plaintiffs"), individually and on behalf of all others similarly situated, filed their Consolidated Class Action Complaint against Defendant Smart ERP Solutions, Inc. ("Defendant"). Pursuant to the Order as Modified Granting Plaintiff's Motion to Consolidate [ECF 29], this Court set a briefing schedule governing the deadlines for Defendant to file a pre-answer motion directed to Plaintiffs' Complaint, and for the parties to submit their respective briefing thereon. On October 13, 2025, Defendant filed its Motion to Dismiss [ECF 65]. On November 26, 2025, Plaintiffs filed their Opposition [ECF 68].

1   25-cv-02588-HSG

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

37283699.1

1  On December 12, 2025, Defendant filed its Unopposed Motion for Extension of Time, through
2  and including December 31, 2025, to file its Reply in Support of its Motion to Dismiss. Defendant's
3  Motion is GRANTED. Defendant shall file its Reply on or before December 31, 2025.

Dated:   12/12/2035

_____
Hon. Haywood S. Gill Jr.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

37283699.1